IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRIS COTTEN,<br><br>             Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC and DOES A-E,<br><br>             Defendants. | CV 25-79-M-KLD<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

    DATED this 16th day of June, 2025

                                                       _____
                                                       Kathleen L. DeSoto
                                                       United States Magistrate Judge