IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRIS COTTEN,<br><br>               Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC, and DOES A – E,<br><br>               Defendants. | CV 25–79–M–DLC<br><br>ORDER |

      Plaintiff has voluntarily dismissed this action pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 5.)

      Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED. The Clerk of Court is directed to close this file.

      DATED this 18th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

-1-